■ COMMUNITY NATIONAL BANK, Plaintiff, v. MON-AMI CORP., Defendant. ABE FRIEDMAN et al., Respondents, MILTON STACKEL et al., Appellants.— AULISI, J. Appeal from an order denying the motion of the defendants Stackel to open their default. To open a default defendants must show not only that they failed to answer because of excusable mistake but also that they have a meritorious defense (CPLR 5015; *Investment Corp. of Philadelphia* v. *Spector*, 12 A D 2d 911). Order affirmed, with $20 costs. Herlihy, J. P., Reynolds, Taylor and Hamm, JJ., concur.